IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COLEMAN PAYNE,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA, ET AL.,**<br><br>Defendants. | Case No. 1:17-CV-00906-DAD-MJS<br><br>**ORDER ON STATE DEFENDANTS' EX PARTE APPLICATION FOR AN ORDER NUNC PRO TUNC RE EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Courtroom: 5<br>Judge: Hon. Dale Drozd<br>Trial Date: None Assigned<br>Action Filed: July 2, 2017 |

Upon good cause appearing, the ex parte application for an order nunc pro tunc to extend the time for Defendants State of California, Department of State Hospitals, and Metropolitan State Hospitals' response to the complaint is hereby granted. The deadline for the response is now extended to November 6, 2017.

IT IS SO ORDERED.

Dated: October 23, 2017              /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE