Theodore Slater , Esq., SBN 267479
**SLATER LAW, APC**
1017 L. St. #294
Sacramento, CA 95814
Telephone: (818) 970-2241
Facsimile: (818) 804-3470
Email: theoslateresq@gmail.com

Attorney for PLAINTIFF
COLEMAN PAYNE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| COLEMAN PAYNE, an individual,<br><br>PLAINTIFF,<br><br>STATE OF CALIFORNIA, a government entity and state in the United States; DEPARTMENT OF STATE HOSPITALS, a government agency form unknown; METROPOLITAN STATE HOSPITAL, an entity form unknown; COUNTY OF CALAVERAS, a government entity in the State of California; CALAVERAS COUNTY SHERIFF, a governmental agency of unknown form; CALAVERAS COUNTY JAIL, an entity form unknown; SERGEANT BAILEY, an individual; NURSE JOY, an individual; DOES 1 through 50, inclusive.<br><br>DEFENDANTS. | **Case No. 17-CV-00906-DAD-MJS**<br><br>**STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE FOR 60 DAYS, ORDER**<br><br>**Date: February 2, 2017**<br>**Time: 10:00 a.m.**<br>**Courtroom: 6**<br>**Judge: Hon. Michael J. Seng**<br>**Trial Date: None Assigned**<br>**Action Filed: July 2, 2017** |

## STIPULATION

Plaintiff Coleman Payne ("Plaintiff") and Defendants State of California, Department of State Hospitals, Metropolitan State Hospital, County of Calaveras, Calaveras County Sheriff, Calaveras County Jail, and Sergeant Bailey, aka JOHN BAILEY, by and through their respective counsel of record, , stipulate to have the upcoming Initial Scheduling Conference, scheduled for February 2, 2018, continued by 60 days on the bases of the following circumstances:

1. The Court's pending determination of the motion to dismiss brought by Defendants STATE OF CALIFORNIA, DEPARTMENT OF STATE HOSPITALS, and METROPOLITAN STATE HOSPITAL (State Defendants) may impact the State defendants' inclusion in this matter.

2. Plaintiff's counsel has stated his desire for additional time to locate and serve Defendant "NURSE JOY" aka JOY LYNCH. Plaintiff's counsel states that process servers are currently seeking to serve Defendant Joy Lynch, but have not yet been able to successfully serve her.

3. Plaintiff's counsel has stated his intent to add at least one Defendant soon, the employer for "NURSE JOY". Plaintiff's counsel has stated his intent to file a motion to add that Defendant and update the individual Defendants' names to include their full names which Plaintiff has obtained subsequent to the filing of the complaint in this matter. Plaintiff intends to replace "Nurse Joy" with "Joy Lynch" and "Sergeant Bailey" with "John Bailey" as part of an upcoming Motion to Amend the Plaintiff's Complaint.

///

///

///

**IT IS HEREBY STIPULATED AND AGREED** by Plaintiff and Defendants, by and through their counsel, that:

1. With the consent of the Court, the Initial Scheduling Conference shall be continued for 60 days or such other time as the Court sees fit for a continuance if any.

2. This Stipulation may be executed in counterparts.

**IT IS SO STIPULATED**.

DATED: January 17, 2018  MCCORMICK BARSTOW, LLP

By: /s/ Deborah Byron
DEBORAH BYRON, Esq.
Attorneys for Defendants,
County Of Calaveras and Sergeant John Bailey

DATED: January 18, 2018  OFFICE OF THE ATTORNEY GENERAL

By: /s/ Lisa Tillman
Lisa Tillman, Esq.
Attorneys for Defendants,
State of California, Department of State Hospitals, and Metropolitan State Hospital

DATED: January 17, 2018  SLATER LAW, APC

By: /s/ Theodore Slater
Theodore Slater, Esq.
Attorneys for Plaintiff,
Coleman Payne

### **Order**

Good cause being found and no prejudice to any party or the Court resulting, the Stipulation of the parties to continue the Initial Scheduling conference is accepted and adopted as the Order of the Court, and the Initial Scheduling Conference in Case No. 17-CV-00906-DAD-MJS is hereby continued to May 10, 2018 at 10:00am.

IT IS SO ORDERED.

Dated:   January 25, 2018        /s/ *Michael J. Seng*
                                                      UNITED STATES MAGISTRATE JUDGE