Theodore Slater , Esq., SBN 267479
**SLATER LAW, APC**
1017 L. St. #294
Sacramento, CA 95814
Telephone: (818) 970-2241
Facsimile: (818) 804-3470
Email: theoslateresq@gmail.com

Attorney for PLAINTIFF
COLEMAN PAYNE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| COLEMAN PAYNE, an individual,<br><br>PLAINTIFF,<br><br>STATE OF CALIFORNIA, a government entity and state in the United States; DEPARTMENT OF STATE HOSPITALS, a government agency form unknown; METROPOLITAN STATE HOSPITAL, an entity form unknown; COUNTY OF CALAVERAS, a government entity in the State of California; CALAVERAS COUNTY SHERIFF, a governmental agency of unknown form; CALAVERAS COUNTY JAIL, an entity form unknown; SERGEANT BAILEY, an individual; NURSE JOY, an individual; DOES 1 through 50, inclusive.<br><br>DEFENDANTS. | **Case No. 17-CV-00906-DAD-MJS**<br><br>**STIPULATION TO AMEND COMPLAINT TO CORRECT THE NAME FOR DEFENDANT SERGEANT BAILEY TO HIS FULL AND CORRECTED NAME JOHN P. BAILEY, ORDER**<br><br>**Judge: Hon. Michael J. Seng**<br>**Trial Date: None Assigned**<br>**Action Filed: July 2, 2017** |

## STIPULATION

Plaintiff Coleman Payne ("Plaintiff") and DEFENDANT AND SERGEANT BAILEY, AKA JOHN P. BAILEY, by and through their respective counsel of record , stipulate to allow Plaintiff to amend her complaint to change the name of Defendant SERGEANT BAILEY to JOHN P. BAILEY.

**IT IS HEREBY STIPULATED AND AGREED** by Plaintiff and Defendant, SERGEANT BAILEY, AKA JOHN P. BAILEY, by and through their counsel, that:

1. Plaintiff may amend her complaint to correct the name of Defendant SERGEANT BAILEY to JOHN P. BAILEY.

2. This Stipulation may be executed in counterparts.

**IT IS SO STIPULATED**.

DATED: March 2, 2018　　　　　　　　MCCORMICK BARSTOW, LLP

　　　　　　　　　　　　　　　　　　　By: /s/ Deborah Byron
　　　　　　　　　　　　　　　　　　　　　　DEBORAH BYRON, Esq.
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants,
　　　　　　　　　　　　　　　　　　　　　　County Of Calaveras and Sergeant John Bailey

DATED: March 2, 2018　　　　　　　　SLATER LAW, APC

　　　　　　　　　　　　　　　　　　　By: /s/ Theodore Slater
　　　　　　　　　　　　　　　　　　　　　　THEODORE SLATER, Esq.
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff,
　　　　　　　　　　　　　　　　　　　　　　Coleman Payne

# Order

Good cause being found and no prejudice to any party or the Court resulting, PURSUANT TO STIPULATION, THE COURT ORDERS AS FOLLOWS:

Plaintiff in **Case No. 17-CV-00906-DAD-MJS** is granted leave to amend her complaint and correct the name of Defendant SERGEANT BAILEY to include that Defendant's complete and correct name: JOHN P. BAILEY.

IT IS SO ORDERED.

Dated: March 5, 2018        /s/ *Michael J. Seng*
                            UNITED STATES MAGISTRATE JUDGE