1
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Deborah A. Byron, #105327
2
7647 North Fresno Street
Fresno, California 93720
3
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300
4

5
Attorneys for County of Calaveras, erroneously
sued herein as Calaveras County Sheriff and
Calaveras County Jail and John P. Bailey
6

7

8
UNITED STATES DISTRICT COURT

9
EASTERN DISTRICT OF CALIFORNIA,

10
SACRAMENTO DIVISION

11
COLEMAN PAYNE, an individual,

Plaintiff,
12

v.
13

14
STATE OF CALIFORNIA,  a government
entity and state in the United States;
15
DEPARTMENT OF STATE HOSPITALS, a
government agency form unknown;
16
METROPOLITAN STATE HOSPITAL, an
entity form unknown; COUNTY OF
17
CALAVERAS, a government entity in the
State of California; CALAVERAS COUNTY
18
SHERIFF, a governmental agency of unknown
form; CALAVERAS COUNTY JAIL, an
19
entity form unknown; JOHN P. BAILEY, an
individual; JOY LYNCH, an individual;
20
CALIFORNIA FORENSIC MEDICAL
GROUP, a business entity of unknown form
21
located in the State of California; DOES 2
through 50 inclusive,
22

Defendants.
23

Case No. 1:17-cv-00906-DAD-MJS

**STIPULATION AND ORDER TO STRIKE JOHN P. BAILEY AS A DEFENDANT IN COUNT SEVEN OF FIRST AMENDED COMPLAINT**

The Hon. Michael J. Seng

24

25
        IT IS HEREBY STIPULATED by and between Plaintiff Coleman Payne and Defendants

26
County of Calaveras and John P. Bailey in the above-captioned case, through their respective

27
counsel of record, as follows:

28
        The purpose of this Stipulation is to allow Plaintiff Coleman Payne to strike the name

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

"John P. Bailey" from Count Seven of First Amended Complaint for Damages for Intentional Infliction of Emotional Distress.

The basis for this Stipulation is that this Court, in ruling on the State Defendants' Motion to Dismiss, did not permit Plaintiff leave to amend Count Seven of the First Amended Complaint to add John P. Bailey as a defendant charged with intentional infliction of emotional distress.

Therefore, the parties request that Count Seven of the First Amended Complaint for Damages will be stricken as follows: John P. Bailey, an individual, will be removed as a party against whom Plaintiff seeks to recover damages for intentional infliction of emotional distress, and his name shall be stricken at page 16, line 10, of First Amended Complaint. All requested changes in this stipulation apply to Count Seven only.

The parties respectfully request that this Court order: 1) the striking of "John P. Bailey" from Count Seven of First Amended Complaint; 2) that Plaintiff be precluded from seeking damages for intentional infliction of emotional distress under Count Seven of Plaintiff's First Amended Complaint as to Defendant John P. Bailey only; 3) that Defendants County of Calaveras and John P. Bailey may respond to Count Seven of First Amended Complaint as if "John P. Bailey" was stricken from the pleading at page 16, line 10.

Dated: March 22, 2018

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP


By: _____/s/ Deborah A. Byron_____
Deborah A. Byron
Attorneys for County of Calveras, erroneously sued herein as Calaveras County Sheriff and Calaveras County Jail and John P. Bailey


Dated: March __22__, 2018

SLATER LAW, APC


By: _____/s/ Theodore Slater_____
Theodore Slater
Attorneys for Coleman Payne

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

**ORDER**

The Court, having reviewed and found acceptable the substance of the Stipulation of the parties but, being <u>unwilling to have piecemeal pleadings on file,</u> and finding good cause, hereby orders the following:

1.      That "John P. Bailey" be dismissed as a named defendant in Count Seven of Plaintiff's First Amended Complaint;

2.      That Plaintiff is precluded from seeking damages for intentional infliction of emotional distress against Defendant John P. Bailey in Plaintiff's First Amended Complaint or any amendment thereof;

3.      That Plaintiff may, and shall within fourteen days of the date of this Order, file a Second Amended Complaint in all respects identical to the First Amended Complaint except that John P. Bailey shall not appear as a defendant in Count Seven of the Second Amended Complaint.

IT IS SO ORDERED.

Dated:   __March 26, 2018__                 /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
7647 North Fresno Street
Fresno, CA 93720