| | |
|---|---|
| Theodore Slater, Esq. (SBN 267479)<br>SLATER LAW, APC<br>1017 L St., #294<br>Sacramento, CA 95814<br>Telephone: (818) 970-2241<br>Facsimile: (818) 804-3470<br><br>Attorney for Plaintiff<br>COLEMAN PAYNE | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA,

FRESNO DIVISION

| | |
|---|---|
| COLEMAN PAYNE, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, a government entity and state in the United States; DEPARTMENT OF STATE HOSPITALS, a government agency form unknown; METROPOLITAN STATE HOSPITAL, an entity form unknown; COUNTY OF CALAVERAS, a government entity in the State of California; CALAVERAS COUNTY SHERIFF, a governmental agency of unknown form; CALAVERAS COUNTY JAIL, an entity form unknown; JOHN P. BAILEY, an individual; JOY LYNCH, an individual; CALIFORNIA FORENSIC MEDICAL GROUP, a business entity of unknown form located in the State of California; DOES 2 through 50 inclusive,<br><br>        Defendants. | Case No. 1:17-cv-00906-DAD-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE DATES SET IN THE COURT'S SCHEULING ORDER DOCUMENT 54, DATED 05/24/18**<br><br>(Doc. 88) |

**IT IS HEREBY STIPULATED BY AND AMONG** Defendants County of Calaveras, County of Calaveras Sheriff's Office, Sergeant John Bailey, Captain Eddie Ballard and Lieutenant Tim Sturm, Plaintiff Coleman Payne, and Co-Defendants Joy Lynch and California Forensic Medical Group ("CFMG"), through their respective counsel:

SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

STIPULATION AND ORDER TO CONTINUE DATES SET IN THE COURT'S SCHEULING ORDER
DOCUMENT 54, DATED 05/24/18

Defendants County of Calaveras ("County"), County of Calaveras Sheriff's Office ("CCSO"), Sergeant John Bailey, Captain Eddie Ballard, Lieutenant Tim Sturm, Plaintiff Coleman Payne ("Payne") and Defendants Joy Lynch and CFMG, referred to herein as the "Parties," hereby stipulate, request, and consent to the Court entering an Order to continue the dates set by this Court in Document 54 as set forth herein below.

If any of the dates below are not agreeable to this Court the parties signing below would also agree to any later date for any given proposed date listed below. In the alternative, if this Court would rather proceed with a new scheduling conference as a more agreeable means of setting new deadline dates for this case, the parties signing below also consent to that alternative approach.

This request and stipulation is based on the fact that due to unavoidable delays encountered in proceeding with the deposition of plaintiff related safety concerns for plaintiff, as she was required to travel to California from out of state, and delays in securing the service of process for the TAC on a newly identified and added defendant to this matter, though such service has been diligently sought and recently accomplished, the Parties hereby agree and request that this court grant additional time for the orderly progression of this case through necessary discovery and to the proposed new trial date as set forth herein:

DISCOVERY DEADLINES:

Non-Expert Discovery:     Current date: May 3, 2018

Proposed New Date:        October 11, 2019;

Expert Disclosure:        Current Date: May 20, 2019;

Proposed New Date:        October 31, 2019;

Rebuttal Expert Disclosure: June 10, 2019

Proposed New Date:        November 22, 2019;

Expert Discovery:         July 1, 2019

Proposed New Date:        December 13, 2019

NON-DISPOSITIVE MOTION DEADLINE:

Filing:                   July 9, 2019;

Proposed New Date:        January 3, 2020;

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

2
STIPULATION AND ORDER TO CONTINUE DATES SET IN THE COURT'S SCHEULING ORDER DOCUMENT 54, DATED 05/24/18

| | | |
|---|---|---|
| 1 | Hearing: | August 7, 2019; |
| 2 | Proposed New Date: | February 5, 2020; |

3  DISPOSITIVE MOTION DEADLINES

| | | |
|---|---|---|
| 4 | Filing: | July 9, 2019; |
| 5 | Proposed New Date: | January 31, 2020; |
| 6 | Hearing: | August 20, 2019 |
| 7 | Proposed New Date: | February 25, 2020 |

8  SETTLEMENT CONFERNCE;

9  May 30, 2019, at 10:00 a.m.

10  Courtroom 7

11  Proposed New Date:  November 14, 2019, at 10:00 a.m.

12  Courtroom 7 or as convenient for the Court

13  PRETRIAL CONFERENCE:

14  November 4, 2019, at 1:30 p.m.

15  Courtroom 5

16  Proposed New Date:  March 30, 2020, at 1:30 p.m.

17  Courtroom 5 or as convenient for the Court

18  TRIAL:  January 7, 2020, at 1:00 p.m.

19  Courtroom 5, 8-10 days

20  Proposed New Date:  May 19, 2020, at 1:30 p.m., 8-10 days

21  Courtroom 5 or as is convenient for the Court

25  **IT IS SO STIPULATED.**

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

3
STIPULATION AND ORDER TO CONTINUE DATES SET IN THE COURT'S SCHEULING ORDER
DOCUMENT 54, DATED 05/24/18

Dated: March 15, 2019                               McCORMICK, BARSTOW, SHEPPARD,
                                                        WAYTE & CARRUTH LLP


                                                 By: _____*/s/ Deborah A. Byron*_____
                                                         Deborah A. Byron
                                                 Attorneys for Defendants County of Calaveras,
                                                 Calaveras County Sheriff's Office, John P. Bailey,
                                                       Eddie Ballard and Tim Sturm


Dated: March 15, 2019                                          Slater Law, APC


                                                 By: _____*/s/ Theodore Slater*_____
                                                         Theodore Slater
                                                 Attorneys for Plaintiff, COLEMAN PAYNE


Dated: March 15, 2019                            The Law Offices of Jerome M. Varanini


                                                 By:_____*/s/ Jerome M. Varanini*_____
                                                         Jerome M. Varanini
                                                 Attorneys for Defendants, JOY LYNCH and
                                                 CALIFORNIA FORENSIC MEDICAL GROUP

## **ORDER**

Based in part on the parties' above-stipulation (Doc. 88), and with good cause shown, the Court hereby ORDERS that the Scheduling Order (Doc. 54) is modified as follows:[1]

| Event | Prior Date | Continued Date |
|---|---|---|
| Non-Expert Discovery Completion | May 3, 2019 | October 11, 2019 |
| Expert Disclosures | May 20, 2019 | October 31, 2019 |
| Rebuttal Expert Disclosures | June 10, 2019 | November 22, 2019 |
| Expert Discovery Completion | July 1, 2019 | December 13, 2019 |

---

[1] Several of the dates proposed by the parties have been adjusted to comport with the Court's calendar, to allow the Court adequate time to rule on dispositive motions, and to permit the parties sufficient time to prepare their pretrial submissions and for trial.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

| | | |
|---|---|---|
| Non-Dispositive Motion Filing | July 9, 2019 | January 3, 2020 |
| Non-Dispositive Motion Hearing | August 7, 2019 | February 5, 2020 |
| Dispositive Motion Filing | July 9, 2019 | January 31, 2020 |
| Dispositive Motion Hearing | August 20, 2019 | March 17, 2020 |
| Settlement Conference | May 30, 2019 | November 12, 2019, at 10:00 am |
| Pretrial Conference | November 4, 2019, 1:30 pm | June 1, 2020, at 3:30 pm |
| Trial | January 7, 2020, 1:00 p.m. | July 28, 2020, at 8:30 a.m. |

IT IS SO ORDERED.

Dated: **March 18, 2019**  /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

5
STIPULATION AND ORDER TO CONTINUE DATES SET IN THE COURT'S SCHEULING ORDER
DOCUMENT 54, DATED 05/24/18