# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLEMAN PAYNE, also known as Allison Coleman,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF CALAVERAS, ET AL.,<br><br>Defendants.<br>_____/ | Case No. 1:17-cv-00906-DAD-SKO<br><br>ORDER RE DISCOVERY DISPUTE FOLLOWING TELEPHONIC CONFERENCE |

**ORDER**

The Court has considered the parties' letter briefs regarding their informal discovery dispute and heard argument of counsel at the informal discovery dispute conference held on September 20, 2019.

As discussed with the parties during the informal discovery dispute conference, pursuant to Rule 26 of the Federal Rules of Civil Procedure, Plaintiff shall supplement her initial disclosures and her responses to the June 29, 2018, interrogatories served by Defendant County of Calaveras, to provide John Payne's current, updated and correct personal address and telephone number.

The Court will extend the non-expert discovery deadline to provide Defendants with sufficient time to conduct the deposition of John Payne after obtaining his current updated contact information, and to allow the parties additional time to conduct discovery generally. The parties are encouraged to conduct their discovery as expeditiously as possible in view of the November 12,

2019, settlement conference, to help ensure that the settlement conference will be productive.

It is therefore ORDERED that:

1. By no later than September 30, 2019, Plaintiff shall supplement her Rule 26 initial disclosures and her responses to the June 29, 2018, interrogatories to provide John Payne's current, updated and correct personal address and telephone number; and

2. The non-expert discovery deadline is hereby EXTENDED to October 31, 2019. All other deadlines in the Court's March 18, 2019 order continuing the scheduling order deadlines, (Doc. 89), remain unchanged.

IT IS SO ORDERED.

Dated: **September 20, 2019** /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE