McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Mart B. Oller IV, #149186
  *marty.oller@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendants COUNTY OF CALAVERAS, CALAVERAS COUNTY SHERIFF'S OFFICE, JOHN P. BAILEY, CAPTAIN EDDIE BALLARD and LIEUTENANT TIM STURM

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA,

### FRESNO DIVISION

| | |
|---|---|
| COLEMAN PAYNE, an individual,<br><br>             Plaintiff,<br><br>      v.<br><br>STATE OF CALIFORNIA, a government entity and state in the United States; DEPARTMENT OF STATE HOSPITALS, a government agency form unknown; METROPOLITAN STATE HOSPITAL, an entity form unknown; COUNTY OF CALAVERAS, a government entity in the State of California; CALAVERAS COUNTY SHERIFF, a governmental agency of unknown form; CALAVERAS COUNTY JAIL, an entity form unknown; JOHN P. BAILEY, an individual; JOY LYNCH, an individual; CALIFORNIA FORENSIC MEDICAL GROUP, a business entity of unknown form located in the State of California; DOES 2 through 50 inclusive,<br><br>             Defendants. | Case No. 1:17-cv-00906-DAD-SKO<br><br>**STIPULATION AND ORDER RE AMENDING SCHEDULING ORDER TO CONTINUE DATES** |

IT IS HEREBY STIPULATED by and among Plaintiff COLEMAN PAYNE, Defendants COUNTY OF CALAVERAS, COUNTY OF CALAVERAS SHERIFF'S OFFICE, SERGEANT JOHN BAILEY, CAPTAIN EDDIE BALLARD, LIEUTENANT TIM STRUM (collectively the

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

STIPULATION AND ORDER RE AMENDING SCHEDULING ORDER TO CONTINUE DATES

1 "County Defendants") and Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC., DR. MARSHA MCKAY, and JOY LYNCH (collectively the "CFMG Defendants"), through their respective counsel that the Court be requested to enter an Order to continue the following dates previously set.

Good cause exists for the continuation of the dates for the following reasons:

This request and stipulation is based on the fact that unavoidable delays encountered as a result of Covid 19, which is one of the worst health pandemic the world has experienced in recent history, have precluded counsel from adequately preparing the case for trial.  As but one example of the challenges the attorneys have experienced in this matter, counsel for the County Defendants, who has an employment law based practice has been deluged with assisting employer clients navigate and survive the Covid 19 issues.  Further, counsel for County Defendants is informed and believes to be true that during a recent telephonic conference with Judges of the Eastern District and Federal practitioners regarding the status of Eastern District Court proceedings in light of the Covid 19 issues, Judge Anthony Ishi indicated that he did not believe that it was likely that civil cases would proceed to trial for the remainder of the year.  Since this statement was made by Judge Ishi, the Covid infection occurrences and situation in Fresno County have worsened dramatically, with Fresno County remaining on the State watch list and schools not allowed to re-open.  In light of the current Covid situation and with the upcoming cold and flu season, the chances of this case going to trial on December 15, 2020 are nil.  Under the truly exceptional circumstances that the parties find themselves, it is believed that the continued trial date to June 8, 2021, will provide the most viable chance for having the case tried should a trial be necessary. Counsel for the County Defendants wishes to bring to the Court's attention that a similar stipulation and request for continuance was recently granted by Magistrate Judge Erica Grosjean in case no. 1:18-CV-00662-AWI-EPG (docs. 27, 28).

Based on the above, the parties believe that the interests of judicial economy and justice are best served by the requested continuance of the dates below, which allow for the parties to proceed toward trial in this matter without facing the problem of having the court set trial itself for even later than the parties request herein.  The Parties hereby stipulate and request that the Court

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

2
STIPULATION AND ORDER RE AMENDING SCHEDULING ORDER TO CONTINUE DATES

1  extend the above dates to the new proposed dates, or alternatively, later dates which accommodate
2  the Court's schedule.

3  **SETTLEMENT CONFERENCE**

4  Submit Confidential Settlement Statements – Current Date:  September 1, 2020

5  Submit Confidential Settlement Statements – Proposed Date:  February 24, 2021

6  Pretrial SC Telephone Conference – Current Date:   September 9, 2020 at 3:30 p.m.

7  Pretrial SC Telephone Conference – Proposed Date:  March 4, 2021 at 3:30 p.m.

8  Settlement Conference – Current Date:  September 15, 2020 at 10:30 a.m.

9  Settlement Conference – Proposed Date:  March 12, 2021 at 10:30 a.m.

10 **PRETRIAL CONFERENCE**

11 Pretrial Conference - Current Date:  October 19, 2020, at 1:30 pm.

12 Pretrial Conference - Proposed Date:  April 5, 2021 at 1:30 p.m.

13 **TRIAL**

14 Trial – Current Date:  December 15, 2020 at 1:30 p.m.

15 Trial – Proposed Date:  June 8, 2021 at 1:30 p.m.

16 Dated:  August 25, 2020                         McCORMICK, BARSTOW, SHEPPARD,
                                                  WAYTE & CARRUTH LLP

19                                                By: */s/ Mart B. Oller, IV*
                                                  Mart B. Oller IV
20                                                Attorneys for Defendants COUNTY OF
                                                  CALAVERAS, CALAVERAS COUNTY
21                                                SHERIFF'S OFFICE, JOHN P. BAILEY,
                                                  CAPTAIN EDDIE BALLARD and LIEUTENANT
22                                                TIM STURM

23 Dated:  August 25, 2020                         SLATER LAW, APC

26                                                By: */s/ Theodore Slater*
                                                  Theodore Slater
27                                                Attorneys for Plaintiff COLEMAN PAYNE

28 / / /

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

3
STIPULATION AND ORDER RE AMENDING SCHEDULING ORDER TO CONTINUE DATES

Dated: August 25, 2020              THE LAW OFFICES OF JEROME M. VARNINI

By: _____*/s/ Jerome Varnini*_____
Jerome Varnini
Attorneys for Defendants JOY LYNCH,
CALIFORNIA FORENSIC MEDICAL GROUP,
INC., DR. MARSHA MCKAY

**ORDER**

Pursuant to the parties' above stipulation, for good cause shown, the Court GRANTS the parties' request to modify the remaining scheduling order dates. However, the Court will modify the proposed settlement conference date to conform to the Court's scheduling preferences. The remaining dates are modified as follows:

1. The settlement conference is CONTINUED from September 15, 2020, to **March 16, 2021, at 10:30 a.m.** The telephonic pre-settlement conference is CONTINUED from September 9, 2020, to **March 3, 2021, at 3:00 p.m.** The parties SHALL submit their confidential settlement statements by no later than **February 24, 2021.**

2. The pretrial conference date is CONTINUED from October 19, 2020, to **April 5, 2021, at 1:30 p.m.**

3. The trial date is CONTINUED from December 15, 2020, to **June 8, 2021, at 8:30 a.m.**

IT IS SO ORDERED.

Dated:   **August 27, 2020**                    /s/ *Sheila K. Oberto*
                                  UNITED STATES MAGISTRATE JUDGE