Theodore Slater, Esq., (SBN 267479)
**SLATER LAW, APC**
1017 L St. #294
Sacramento, CA 95814
Telephone: (818) 970-2241
Facsimile: (916)473-7152

Attorneys for PLAINTIFF
ALLISON COLEMAN (formerly COLEMAN PAYNE)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA,

FRESNO DIVISION

| | |
|---|---|
| COLEMAN PAYNE, an individual, | Case No. 1:17-cv-00906-DAD-SKO |
| Plaintiff, | **STIPULATION AND ORDER RE AMENDING SCHEDULING ORDER TO CONTINUE DATES** |
| v. | |
| STATE OF CALIFORNIA, a government entity and state in the United States; DEPARTMENT OF STATE HOSPITALS, a government agency form unknown; METROPOLITAN STATE HOSPITAL, an entity form unknown; COUNTY OF CALAVERAS, a government entity in the State of California; CALAVERAS COUNTY SHERIFF, a governmental agency of unknown form; CALAVERAS COUNTY JAIL, an entity form unknown; JOHN P. BAILEY, an individual; JOY LYNCH, an individual; CALIFORNIA FORENSIC MEDICAL GROUP, a business entity of unknown form located in the State of California; DOES 2 through 50 inclusive, | (Doc. 118) |
| Defendants. | |

IT IS HEREBY STIPULATED by and among Plaintiff ALLISON COLEMAN, FKA, COLEMAN PAYNE, Defendants COUNTY OF CALAVERAS, COUNTY OF CALAVERAS SHERIFF'S OFFICE, SERGEANT JOHN BAILEY, CAPTAIN EDDIE BALLARD, LIEUTENANT TIM STRUM (collectively the "County Defendants") and Defendants CALIFORNIA FORENSIC MEDICAL GROUP,INC., DR. MARSHA MCKAY, and JOY

LYNCH (collectively the "CFMG Defendants"), through their respective counsel that the Court be requested to enter an Order to remove Settlement conference dates and deadlines to be re-scheduled at the upcoming trial setting conference.

Good cause exists for the continuation of the dates for the following reasons:

This Court issued an order on February 3, 2021 converting the pretrial status conference set for April 5, 2021 into a trial setting conference. The parties believe it will be more productive, and a better use of limited judicial resources, to remove the current settlement conference and related deadlines from the case calendar and re-set them at the upcoming trial setting conference.

Based on the above, the parties believe that the interests of judicial economy and justice are best served by taking all of the dates and deadlines related to the upcoming settlement conference off calendar and setting new dates and deadlines for the Settlement Conference, and related matters, at the trial setting conference now set for April 5, 2021.

Dated: February 19, 2021

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/Mart B. Oller IV
Mart B. Oller IV
Attorneys for Defendants COUNTY OF CALAVERAS, CALAVERAS COUNTY SHERIFF'S OFFICE, JOHN P. BAILEY, CAPTAIN EDDIE BALLARD and LIEUTENANT TIM STURM

Dated: February 19, 2021

SLATER LAW, APC

By: /s/Theodore Slater
Theodore Slater
Attorneys for Plaintiff COLEMAN PAYNE

Dated: February 19, 2021                    THE LAW OFFICES OF JEROME M. VARNINI


                                            By:     /s/ Jarome Varnini
                                                    Jerome Varnini
                                            Attorneys for Defendants JOY LYNCH,
                                            DR. MARSHA MCKAY, and CALIFORNIA
                                            FORENSIC MEDICAL GROUP, INC


### **ORDER**

Pursuant to the parties' above stipulation (Doc. 118), and for good cause shown, the Court hereby VACATES the Settlement Conference, set for March 16, 2021, and all related dates and deadlines. **By no later than April 7, 2021**, the parties shall file a joint statement setting forth three to four proposed dates on which the Settlement Conference will be reset.[1]

IT IS SO ORDERED.

Dated:  **February 22, 2021**                    /s/ *Sheila K. Oberto*
                                                 UNITED STATES MAGISTRATE JUDGE

---

[1] Magistrate Judge Sheila K. Oberto holds settlement conferences on Tuesdays and Thursdays at 10:30 a.m.