McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Mart B. Oller IV, #149186
  marty.oller@mccormickbarstow.com
Fresno, California 93720
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendants COUNTY OF CALAVERAS, CALAVERAS COUNTY SHERIFF'S OFFICE, JOHN P. BAILEY, CAPTAIN EDDIE BALLARD and LIEUTENANT TIM STURM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA,

FRESNO DIVISION

| | |
|---|---|
| COLEMAN PAYNE, an individual, <br><br>        Plaintiff, <br><br>    v. <br><br> STATE OF CALIFORNIA, a government entity and state in the United States; DEPARTMENT OF STATE HOSPITALS, a government agency form unknown; METROPOLITAN STATE HOSPITAL, an entity form unknown; COUNTY OF CALAVERAS, a government entity in the State of California; CALAVERAS COUNTY SHERIFF, a governmental agency of unknown form; CALAVERAS COUNTY JAIL, an entity form unknown; JOHN P. BAILEY, an individual; JOY LYNCH, an individual; CALIFORNIA FORENSIC MEDICAL GROUP, a business entity of unknown form located in the State of California; DOES 2 through 50 inclusive, <br><br>        Defendants. | Case No. 1:17-cv-00906-ADA-SKO <br><br> **STIPULATION AND ORDER TO CONTINUE THE MANDATORY SETTLEMENT CONFERENCE** <br><br> (Doc. 131) |

IT IS HEREBY STIPULATED by and among Plaintiff COLEMAN PAYNE, Defendants COUNTY OF CALAVERAS, COUNTY OF CALAVERAS SHERIFF'S OFFICE, SERGEANT JOHN BAILEY, CAPTAIN EDDIE BALLARD, LIEUTENANT TIM STRUM (collectively the "County Defendants") and Defendants CALIFORNIA FORENSIC MEDICAL GROUP and JOY

LYNCH (collectively the "CFMG Defendants"), through their respective counsel to reschedule the Mandatory Settlement Conference scheduled for October 4, 2022 at 10:00 a.m.:

Good cause exists for the continuation of the above date for the following reasons:

1. The Calaveras County related Defendants and Plaintiff have made significant progress toward reaching a settlement and are in need of additional time in which to finalize any settlement as Board approval will be required.

2. All counsel in this case believe that a continuance of the Mandatory Settlement Conference set for October 4 at 10:00 am to December 13 at 10 am, or the first available date thereafter, will further the interest of judicial economy as it will provide the necessary time to allow for finality as to any settlement reached as to the Calaveras Defendants, and if a settlement is reached, the remaining Mandatory Settlement Conference will be affected such that the time and issues involved will be significantly reduced.

For the foregoing reasons, the Parties stipulate and request the Court to continue the Mandatory Settlement Conference scheduled for October 4, 2022 at 10:00 a.m. be continued to December 13, 2022 at 10:00 a.m. with new corresponding dates issued for exchange of offers and a pre-MSC telephonic call with the court.

Dated: September 12, 2022

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: */s/ Mart B. Oller, IV*
Mart B. Oller IV
Attorneys for Defendants COUNTY OF CALAVERAS, CALAVERAS COUNTY SHERIFF'S OFFICE, JOHN P. BAILEY, CAPTAIN EDDIE BALLARD and LIEUTENANT TIM STURM

/ / /

/ / /

/ / /

/ / /

Dated: September 12, 2022                                        SLATER LAW, APC


                                            By:          */s/ Theodore Slater*
                                                         Theodore Slater
                                                 Attorneys for Plaintiff COLEMAN PAYNE


Dated: September 12, 2022                        THE LAW OFFICES OF JEROME M. VARNINI


                                            By:          */s/ Jerome Varnini*
                                                         Jerome Varnini
                                                 Attorneys for Defendants JOY LYNCH and
                                                 CALIFORNIA FORENSIC MEDICAL GROUP

### **ORDER**

FOR GOOD CAUSE SHOWN, the foregoing request to continue the Settlement Conference scheduled for October 4, 2022 at 10:00 a.m. set forth herein requested by stipulation of the parties (Doc. 131) is GRANTED.  The Settlement Conference is hereby **continued to January 19, 2023, at 10:00 AM** before Magistrate Judge Sheila K. Oberto.  A written order regarding settlement conference procedures will follow.


IT IS SO ORDERED.

Dated:   **September 14, 2022**                    /s/ *Sheila K. Oberto*
                                                 UNITED STATES MAGISTRATE JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

3
STIPULATION AND ORDER TO CONTINUE THE MANDATORY SETTLEMENT CONFERENCE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

STIPULATION AND ORDER TO CONTINUE THE MANDATORY SETTLEMENT CONFERENCE