UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COLEMAN PAYNE,

Plaintiff,

v.

COUNTY OF CALAVERAS, et al.,

Defendants.

No.  1:17-cv-00906-ADA-SKO

ORDER ADOPTING FINDINGS AND RECOMMENDATION TO APPROVE STIPULATION OF GOOD FAITH SETTLEMENT BETWEEN CALAVERAS COUNTY DEFENDANTS AND PLAINTIFF

(ECF Nos. 138 & 139)

On November 10, 2022, Plaintiff Coleman Payne ("Plaintiff"), Defendants County of Calaveras, County of Calaveras Sheriff's Department, Sergeant John Bailey, Captain Eddie Bailey, and Lieutenant Tim Strum (collectively referred to hereinafter as the "Calaveras County Defendants") and Defendants California Forensic Medical Group, Doctor Marsha McKay, and Joy Lynch filed a stipulation that Plaintiff's settlement agreement with the Calaveras County Defendants was made in good faith under section 877.6 of the California Code of Civil Procedure (the "Stipulation").  (ECF No. 138.)  Pursuant to 28 U.S.C. § 636(b), the Stipulation was referred to a United States Magistrate Judge for the issuance of findings and recommendations.

///

///

1         On November 22, 2022, the assigned Magistrate Judge issued findings and

2   recommendations recommending that the Stipulation (ECF No. 138) be approved.  (ECF No.

3   139.)  Those findings and recommendation contained notice that any objections thereto were be

4   filed within fourteen (14) days after service.  (*Id.* at 3–4.)  To date, no objections have been filed

5   and the time for doing so has now passed.

6         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court conducted a *de*

7   *novo* review of the case.  Having carefully reviewed the file, the Court concludes that the findings

8   and recommendation are supported by the record and proper analysis.

9         Accordingly,

10  1.    The findings and recommendation issued on November 22, 2022, (ECF No. 139)

11      are ADOPTED in full;

12  2.    The Stipulation (ECF No. 138) is APPROVED; and

13  3.    The parties are DIRECTED to file a stipulation of voluntary dismissal dismissing

14      Plaintiff's claims against the Calaveras County Defendants according to the terms

15      set forth in the parties' settlement agreement.

16

17

18  IT IS SO ORDERED.

19    Dated:   January 9, 2023                                 

20                              UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28