Theodore Slater, Esq., (SBN 267479)
**SLATER LAW, APC**
1017 L St. #294
Sacramento, CA 95814
Telephone: (818) 970-2241
Facsimile: (323) 886-6060

Attorneys for PLAINTIFF
ALLISON COLEMAN (formerly COLEMAN PAYNE)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA,

FRESNO DIVISION

| | |
|---|---|
| COLEMAN PAYNE, an individual, | Case No. 1:17-cv-00906-DAD-SKO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE** |
| v. | |
| COUNTY OF CALAVERAS, a government entity in the State of California; CALAVERAS COUNTY SHERIFF'S OFFICE, a governmental agency of unknown form; JOHN P. BAILEY, an individual; JOY LYNCH, an individual, CALIFORNIA FORENSIC MEDICAL GROUP, a business entity of unknown form located in the State of California; CAPTAIN EDDIE BALLARD, an individual, LIEUTENANT TIM STURM, an individual, DOCTOR MARSHA MCKAY, an individual; and DOES 5 through 50, inclusive. | (Doc. 144) |
| Defendants. | |

IT IS HEREBY jointly stated by and among Plaintiff ALLISON COLEMAN, FKA, COLEMAN PAYNE, Defendants COUNTY OF CALAVERAS, COUNTY OF CALAVERAS SHERIFF'S OFFICE, SERGEANT JOHN BAILEY, CAPTAIN EDDIE BALLARD, LIEUTENANT TIM STRUM (collectively the "County Defendants") and Defendants CALIFORNIA FORENSIC MEDICAL GROUP,INC., DR. MARSHA MCKAY, and JOY LYNCH (collectively the "CFMG Defendants"), through their respective counsel that the Court be requested to enter an Order to continue the Settlement Conference currently scheduled for January

1  19, 2023, for sixty days or such other date as is compatible with the Court's calendar to hold a
2  settlement conference in this matter.
3        Good cause exists for the continuation of the Settlement Conference for following reasons:
4        Plaintiff has reached a settlement agreement with the following Defendants for which the
5  Court has recently granted final approval:
6  COUNTY OF CALAVERAS, CALAVERAS COUNTY SHERIFF'S OFFICE, JOHN P. BAILEY,
7  CAPTAIN EDDIE BALLARD and LIEUTENANT TIM STURM.
8        Plaintiff and the following Defendants believe the requested continuance, if granted, may
9  prove beneficial in terms of fostering more communication and exchange of views by the parties
10  via their respective counsel: JOY LYNCH, DR. MARSHA MCKAY, and CALIFORNIA
11  FORENSIC MEDICAL GROUP, INC.

12  Dated:  January 9, 2023            McCORMICK, BARSTOW, SHEPPARD,
13                                        WAYTE & CARRUTH LLP
14
15                                 By: /s/Mart B. Oller IV
16                                       Mart B. Oller IV
                                   Attorneys for Defendants COUNTY OF
17                                    CALAVERAS, CALAVERAS COUNTY
                                   SHERIFF'S OFFICE, JOHN P. BAILEY,
18                                   CAPTAIN EDDIE BALLARD and LIEUTENANT
                                        TIM STURM
19
20 Dated:  January 9, 2023                  SLATER LAW, APC
21
22                                 By: /s/Theodore Slater
23                                      Theodore Slater
                                   Attorneys for Plaintiff COLEMAN PAYNE
24
25
26
27
28

Dated: January 9, 2023                    THE LAW OFFICES OF JEROME M. VARNINI

By: /s/ Jarome Varnini
Jerome Varnini
Attorneys for Defendants JOY LYNCH,
DR. MARSHA MCKAY, and CALIFORNIA
FORENSIC MEDICAL GROUP, INC

**ORDER**

FOR GOOD CAUSE SHOWN, the foregoing stipulated request to continue the upcoming Settlement Conference in this case currently scheduled for January 19, 2023 is GRANTED. (Doc. 144.)  The Settlement Conference is hereby **CONTINUED to June 6, 2023 at 10:00 A.M**, before the undersigned.  All associated deadlines, including the Pre-Settlement Telephonic Conference (*see* Doc. 133), are **VACATED**, to be reset per a written order regarding settlement conference procedures that will follow.

IT IS SO ORDERED.

Dated: **January 10, 2023**                    /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE