1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    COLEMAN PAYNE,                          No. 1:17-cv-00906-ADA-SKO

12              Plaintiff,

13         v.                                 ORDER DIRECTING THE CLERK TO
                                              TERMINATE DEFENDANTS COUNTY OF
14    COUNTY OF CALAVERAS, et al.,            CALAVERAS, COUNTY OF CALAVERAS
                                              SHERIFF'S OFFICE, SARGENT JOHN
15              Defendants.                   BAILEY, CAPTAIN EDDIE BALLARD, and
                                              LIEUTENANT TIM STRUM
16
                                              (Doc. 148)
17

18

19         On January 20, 2023, the parties filed a Stipulation of Dismissal of Defendants COUNTY

20    OF CALAVERAS, COUNTY OF CALAVERAS SHERIFF'S OFFICE, SARGENT JOHN

21    BAILEY, CAPTAIN EDDIE BALLARD, and LIEUTENANT TIM STRUM, with prejudice,

22    pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).  (Doc. 148.)

23         In relevant part, Rule 41(a)(1)(A) provides as follows:

24         [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of
           dismissal before the opposing party serves either an answer or a motion for
25         summary judgment; or (ii) a stipulation of dismissal signed by all parties who have
           appeared.
26

27    Fed. R. Civ. P. 41(a)(1)(A).  "The plaintiff may dismiss some or all of the defendants, or some or

28

1   all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the

2   action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111

3   F.3d 688, 692 (9th Cir. 1997).

4        Because the parties filed a stipulation of dismissal with prejudice under Rule

5   41(a)(1)(A)(ii), this case has automatically terminated as to Defendants COUNTY OF

6   CALAVERAS, COUNTY OF CALAVERAS SHERIFF'S OFFICE, SARGENT JOHN BAILEY,

7   CAPTAIN EDDIE BALLARD, and LIEUTENANT TIM STRUM.  Fed. R. Civ. P. 41(a)(1)(A).

8   Accordingly, the Clerk of the Court is directed to TERMINATE Defendants COUNTY OF

9   CALAVERAS, COUNTY OF CALAVERAS SHERIFF'S OFFICE, SARGENT JOHN BAILEY,

10  CAPTAIN EDDIE BALLARD, and LIEUTENANT TIM STRUM.

11       This case shall remain OPEN pending resolution of Plaintiff's case against the remaining

12  defendants.

13

14  IT IS SO ORDERED.

15  Dated:   **January 20, 2023**                    /s/ *Sheila K. Oberto*

16                                            UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28