Theodore Slater, Esq. (SBN 267479)
Slater Law, APC
1017 L Street #294
Sacramento, CA 95814
Tel: (818) 970-2241

Attorneys for Plaintiff, ALLISON COLEMAN, formerly COLEMAN PAYNE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| COLEMAN PAYNE, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, a business entity of unknown form located in the State of California; DOES 2 through 50 inclusive,<br><br>  Defendants. | Case No. 1:17-cv-00906-DJC-AC<br><br>**STIPULATION OF DISMISSAL ORDER PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>The Hon. Janiel J. Calabretta |

IT IS HEREBY jointly stated and agreed by and among Plaintiff ALLISON COLEMAN, (formerly COLEMAN PAYNE) and all remaining defendants including Defendant CALIFORNIA FORENSIC MEDICAL GROUP, INC., by and through their respective counsel of record whom hereby respectfully request that the court dismiss the entire action, with prejudice, with each side to bear their own costs and attorney's fees under Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii).

Dated: September 20, 2023                                        SLATER LAW, APC


                                        By: _____/s/ Theodore Slater_____
                                               Theodore Slater
                                        Attorneys for Plaintiff COLEMAN PAYNE

Dated: September 20, 2023          THE LAW OFFICES OF JEROME M. VARNINI

By: /s/ Jarome Varnini
Jerome Varnini
Attorneys for Defendant CALIFORNIA
FORENSIC MEDICAL GROUP, INC

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), it is ordered that the entire action is hereby dismissed as to all remaining defendants, with prejudice and with each party to bear their own costs and fees.

Dated: September 22, 2023          /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE